People of State of Illinois, Defendant in Error, v.
Chester Matu, Plaintiff in Error.

Gen. No. 46,512. 

First District, Second Division.
April 6, 1955.
Released for publication May 23, 1955.

Lester Jankowski, and Stephen Lee, for plaintiff in error; John Gutknecht, State's Attorney, for defendant in error; John T. Gallagher, and Rudolph L. Janega, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.